DAVID MICHAEL BIGELEISEN (SBN #68681)
101 Howard Street, Suite 310
San Francisco, CA 94105
(415) 957-1717
e-mail: dmbigeleisen@gmail.com
Attorney for Defendant:
KENNETH MARTIN KYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. CR 10 0245 JSW |
| - against - | ) | JOINT STATUS CONFERENCE STATEMENT AND PROPOSED BRIEFING SCHEDULE |
| KENNETH MARTIN KYLE, | ) | |
| Defendant. | ) | |

BACKGROUND

This matter began by an internet investigation by the FBI out of Virginia. The FBI located what are claimed to be images of child pornography in Mr. Kyle's home computer. The FBI, in turn, provided this information to the San Francisco Police Department.

On March 10, 2010 the San Francisco Police Department conducted a search of Mr. Kyle's residence pursuant to a warrant. They seized computer evidence as well as a body of digital storage material.

Mr. Kyle was out of the country on March 10, 2010.

JOINT STATUS CONFERENCES AND PROPOSED BRIEFING SCHEDULE
CR 10-0245 JSW

1    The San Francisco Police Department shared the above information with the
2 Federal authorities.
3    On March 15, 2010, Mr. Kyle returned to the United States from Europe.
4 He entered at San Francisco International Airport.
5    Customs agents seized Mr. Kyle's notebook computer, as well as a cell phone.
6 They searched these things without a warrant. They found things that are claimed to be
7 child pornography. Mr. Kyle was arrested.
8    The search of the computer and cell phone led to an investigation of events
9 alleged to have occurred in St. Louis County, Missouri.
10    This investigation is the basis of Count One on the indictment.
11    On April 16, 2010, Federal agents searched Mr. Kyle's apartment in San
12 Francisco pursuant to a warrant. They seized a computer, sex toys, a camera, and travel
13 and financial documents.

## DISCOVERY ISSUES

   The following is a general description of the discovery to be completed:
   1.   Examination of the computerized information in possession of the government. This examination was scheduled for August 12, 2010. Mr. Bigeleisen was called away suddenly to attend the funeral of his father. The examination has been re-scheduled to August 31, 2010.
   2.   Sex toys, camera and travel documents. The government has stated that it seeks to have the sex toys tested to see if there is DNA evidence to link them to sexual offences upon a minor victim. The camera is claimed to be linked to other evidence which was seized in the investigation.

JOINT STATUS CONFERENCES AND PROPOSED BRIEFING SCHEDULE
CR 10-0245 JSW

3. Evidence gathered by Missouri authorities. The authorities in St. Louis County, Missouri have conducted their independent investigation. Defense counsel believes that this information is available to the United States and has requested it.

The United States is negotiating with Missouri local authorities for their investigative information – beyond what has already been produced – but as this is not a joint task force investigation, the United States has no means to compel the Missouri local authorities' cooperation and does not believe that it has a legal obligation to produce this material. *United States v. Fort*, 472 F.3d 1106, 1110-18 (9th Cir. 2007).

4. Exculpatory evidence. Discovery already provided suggests physical injury to a minor victim. Counsel for the government has indicated that there is further evidence that the reported injury could not have been caused by Mr. Kyle.

The United States does not have access to medical records for the minor victim, but does not believe that such evidence is exculpatory in any event.

5. Identity of witnesses. The government has not provided the identity of the witnesses who initiated the internet search of Mr. Kyle's computers. The government may resist disclosure claiming that the identity of these witnesses will jeopardize ongoing investigations. The defense claims that these witnesses and their testimonies may be critical to the validity of the initial internet search of Mr. Kyle's computer, as well as the subsequent searches.

The United States has withheld the true name of the undercover agent who received child pornography from the defendant due to that individual's continued involvement in similar undercover investigations, but the United States will comply with its discovery obligations should that individual testify at trial.

JOINT STATUS CONFERENCES AND PROPOSED BRIEFING SCHEDULE
CR 10-0245 JSW

3

## PARALLEL PROCEEDINGS

Mr. Kyle faces charges in the following parallel proceedings:

1. Superior Court, San Francisco County for possession and distribution of child pornography.

2. St. Louis County, Missouri for promotion child pornography, statutory rape, statutory sodomy and incest.

3. United States District Court for the Eastern District of Missouri. Interstate travel to commit a lewd act on a minor under the age of 12.

Mr. Kyle has not been arraigned in any of the parallel proceedings.

## PROPOSED DISCOVERY SCHEDULE

Completion of informal discovery:   9/20/10

If defense counsel does not believe that informal discovery is adequate, he shall file his moving papers on or before 10/4/10.

Government to respond to defense discovery motion:   10/18/10

Defendant's reply:   10/25/10

Hearing on discovery motion:   10/28/10

If counsel believe that informal discovery is adequate, they will notify the Court on or before 10/4/10.

## MOTIONS TO SUPPRESS

A briefing schedule on motions to suppress will be provided upon resolution of discovery issues.

If counsel are able to complete discovery without submission to the Court, then the following briefing schedule on a motion to suppress is proposed:

*JOINT STATUS CONFERENCES AND PROPOSED BRIEFING SCHEDULE*
*CR 10-0245 JSW*

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

| | |
|---|---|
| Defendant's initial moving papers: | 10/4/10 |
| Government response: | 10/18/10 |
| Defendant's reply: | 10/25/10 |
| Hearing on motion to suppress: | 10/28/10 |

Date: _____

OWEN MARTIKAN
Assistant United States Attorney

Date: 8/30/2010    _____

DAVID MICHAEL BIGELEISEN
Attorney for Defendant:
KENNETH MARTIN KYLE

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

*JOINT STATUS CONFERENCES AND PROPOSED BRIEFING SCHEDULE*
*CR 10-0245 JSW*

5