**OWEN P. MARTIKAN (CABN 177104)**
**Assistant United States Attorney**
**United States Department of Justice**
**United States Attorney's Office**
**450 Golden Gate Avenue, 11th Floor**
**San Francisco, CA 94102**
**(415) 436-7241**
**e-mail: owen.martikan@usdoj.gov**

**DAVID MICHAEL BIGELEISEN (SBN #68681)**
**101 Howard Street, Suite 310**
**San Francisco, CA 94105**
**(415) 957-1717**
**e-mail: dmbigeleisen@gmail.com**
**Attorney for Defendant:**
**KENNETH MARTIN KYLE**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO. CR 10 0245 JSW** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JOINT STATUS CONFERENCE** |
| ) | **STATEMENT** |
| - against - ) | |
| ) | **DATE:    December 1, 2011** |
| ) | |
| **KENNETH MARTIN KYLE** ) | **TIME:     2:00 P.M.** |
| ) | |
| ) | **COURTROOM:   11** |
| **Defendant.** ) | |
| ) | |

The Prosecution and the defense have been working to resolve Mr. Kyle's

case.  They do so with the Court's comments of October 13, 2011 very much in mind.

*JOINT STATUS CONFERENCE STATEMENT*
*CR 10-0245 JSW*

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

1    While the Court did not give an indication of the sentence that it believed

2  would be appropriate in this case, the Court noted that it was not inclined to impose a

3  life sentence.  Mr. Kyle has engaged Linda Kahn, who is an actuary.  Ms. Kahn will

4  provide an estimate of Mr. Kyle's life expectancy.  We will want her report to be as

5  complete and accurate as possible.

6    It took a long time to identify and engage an actuary for the task.  Almost all

7  actuaries who were consulted worked for large companies and were interested in large

8  assignments.  This is a very small project for such people.

9    Given the pending holidays, Ms. Kahn expects her report to be complete no

10  later than the middle of January, 2012.

11    The parties are also in the process of obtaining current information about Mr.

12  Kyle's health.

13    This information will help the parties to find a new resolution of this case

14  which will provide a sentence which we hope will expire before Mr. Kyle's life expires.

15    Both the prosecution and the defense are prepared to appear on December 1,

16  2011.  If the Court wishes to postpone that hearing on its own motion, the parties will

17  not object, and proposed a further status hearing on January 19, 2012.  Mr. Bigeleisen

18  has a vacation scheduled for December 17, 2011 through January 1, 2012.

19    The parties also stipulate that time should be excluded from the Speedy Trial

20  Act Calculations from December 1, 2011, through January 19, 2012, or through the next

21  date following December 1, 2011, that the Court sets for appearance in this matter,

22  whichever is longer.  The parties stipulate that granting the continuance would allow the

23  reasonable time necessary for effective preparation of defense counsel, taking into

24  account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

25  agree that the ends of justice served by granting such a continuance outweighed the best

26

27  *JOINT STATUS CONFERENCE STATEMENT*
   *CR 10-0245 JSW*

28                                                            2

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

1   interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §

2   3161(h)(7)(A).

3           SO STIPULATED.

4                                               MELINDA HAAG
                                                United States Attorney
5

6   DATED: 11/28/2011                          /S/

7                                               OWEN P. MARTIKAN
                                                Assistant United States Attorney
8

9   DATED: 11/28/2011

10                                              DAVID MICHAEL BIGELEISEN
                                                Attorney for Kenneth Martin Kyle

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717