1   OWEN P. MARTIKAN (CABN 177104)
    Assistant United States Attorney
2   United States Department of Justice
    United States Attorney's Office
3   450 Golden Gate Avenue, 11ᵗʰ Floor
    San Francisco, CA 94102
4   (415) 436-7241
    e-mail: owen.martikan@usdoj.gov
5
    DAVID MICHAEL BIGELEISEN (SBN #68681)
6   101 Howard Street, Suite 310
    San Francisco, CA 94105
7   (415) 957-1717
    e-mail: dmbigeleisen@gmail.com
8   Attorney for Defendant:
    KENNETH MARTIN KYLE
9

10

11                  IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13   UNITED STATES OF AMERICA        )   CASE NO. CR 10 0245 JSW
                                      )
14             Plaintiff,             )
                                      )   JOINT STATUS CONFERENCE
15                                    )   STATEMENT
                                      )
16       - against -                  )
                                      )   DATE:        February 2, 2012
17                                    )
     KENNETH MARTIN KYLE              )   TIME:        2:00 P.M.
18                                    )
                                      )   COURTROOM:   11
19             Defendant.             )
                                      )
20   ═════════════════════════════════)

21

22   1.    GOAL

23       The government and the defense are working together to fashion a new plea

24   agreement.  The goal is to find an agreement which will provide Mr. Kyle with some

25   realistic hope to be released from prison before he dies.  The parties prefer to try to

26   resolve this matter by plea agreement, rather than by trial.

27   *Joint Status Conference Statement*

28

*DAVID MICHAEL BIGELEISEN*
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET. SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

2.   PROGRESS REPORT

The defense has engaged Linda Kahn, an actuary, to provide an estimate of Mr. Kyle's life expectancy.  It has taken longer than expected to gather the necessary information.  The defense hopes that Ms. Kahn's report will be ready by mid-February.  The government, the defense and the probation department have met in person and are working together to achieve the goal set forth above.

3.   MISSOURI CASE

Defense counsel has spoken with Kathy Alizadeh of the District Attorney in St. Louis County.  The Missouri state case against Tessa Van Vlerah is set to commence trial on January 30, 2012.  The result in that case will help to guide the parties and the Court in Mr. Kyle's case.

4.   SCHEDULING

The parties are prepared to appear before the Court on February 2, 2012.  If the Court chooses to extend the February 2, 2012 date, then the parties request that time be excluded to allow time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

///

///

///

///

///

///

///

*Joint Status Conference Statement*

2

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

1   agree that the ends of justice served by granting such a continuance outweighed the best

2   interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

3        If the Court wishes to continue this matter, the parties suggest March 8, 2012 at

4   2:00 p.m..

5        SO STIPULATED.

6

7

8   Date: 1/24/2012          /s/
                             _____
9                            OWEN MARTIKAN
                             Assistant United States Attorney

10

11

12  Date: 1/24/2012          _____
                             DAVID MICHAEL BIGELEISEN
13                           Attorney for Defendant:
                             KENNETH MARTIN KYLE

14

15

16

17

18

19

20

21

22

23

24

25

26

27  *Joint Status Conference Statement*

28                              3

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 436-7241
Fax: (415) 436-7234
E-mail: owen.martikan@usdoj.gov

DAVID MICHAEL BIGELEISEN (SBN #68681)
101 Howard Street, Suite 310
San Francisco, CA 94105
(415) 957-1717
E-mail: dmbigeleisen@gmail.com
Attorney for Defendant:
KENNETH MARTIN KYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. CR 10 0245 JSW |
| | ) | |
| | ) | |
| - against - | ) | [PROPOSED] ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME |
| KENNETH MARTIN KYLE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is scheduled for a status hearing on February 2, 2012.  The Court

has received the parties' Joint Status Report, and it HEREBY CONTINUES this matter

*[Proposed] Order Continuing Status Conference and Excluding Time*

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717

1  to March 8, 2012 at 2:00 p.m..  It is FURTHER ORDERED that the time between

2  February 2, 2012 and March 8, 2012 shall be excluded, pursuant to the parties'

3  agreement and this Court's finding, because the failure to grant such a continuance

4  would deny defendant effective preparation of counsel, taking into account the due

5  diligence of counsel, and that the ends of justice served by granting such a continuance

6  outweigh the defendant's and the public's best interests in a speedy trial.  18 U.S.C.

7  § 3161(h)(7)(B)(iv).

8  **IT IS SO ORDERED.**

9

10

11  Dated:  _____

12

13  _____

14  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *[Proposed] Order Continuing Status Conference and Excluding Time*
   2

DAVID MICHAEL BIGELEISEN
ATTORNEY
101 HOWARD STREET, SUITE 310
SAN FRANCISCO, CALIFORNIA 94105
(415) 957-1717