1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: owen.martikan@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR 10-0245 JSW
14                                      )
         Plaintiff,                     )   STIPULATION AND [PROPOSED]
15                                      )   ORDER SETTING DATE FOR CHANGE
      v.                                )   OF PLEA AND VACATING TRIAL
16                                      )   DATES
   KENNETH MARTIN KYLE,                 )
17                                      )   Date: March 8, 2012
         Defendant.                     )   Time: 2:00pm
18  _____)

19       The purpose of this stipulation is to set the case for the defendant's change of plea,

20 pursuant to the proposed plea agreement that was provided to the Court under separate cover.

21 The parties understand that the Court is available on March 8, 2012, at 2:00pm for the change of

22 plea in this matter, and ask that it be set at that time, with sentencing to be set after the plea is

23 entered.

24       Given the impending trial deadlines in this matter, the parties also ask that the Court

25 vacate the trial date and pre-trial deadlines while the plea agreement is under consideration. The

26 Speedy Trial Act is automatically tolled while the Court considers the parties' proposed plea

27 agreement, which was submitted yesterday. 18 U.S.C. § 3161(h)(1)(G). There are several

28 reasons beyond consideration of the proposed plea that support an order vacating the trial date,

STIP RE: CHANGE OF PLEA
Crim. No. 10-0245 JSW

1  even if the Court ultimately decides not to accept the plea agreement.  The trial of this case will
2  involve out-of-state witnesses, and in particular, an out-of-state inmate who will have to be
3  transported to this District.  Also, the defendants in a multi-defendant case in which government
4  counsel is also lead counsel – *United States v. Fidel Reyes de la Cruz et al.,* CR 12-0088 LHK –
5  have refused to waive time, causing that case to be set for trial before Judge Koh on March 26,
6  2012.

7  Accordingly, the parties stipulate and request that the Court set this case for change of
8  plea on March 8, 2012, and vacate all remaining dates set in this case until sentencing.

9  SO STIPULATED:

                                            MELINDA HAAG
                                            United States Attorney

                                            /s/
DATED: February 15, 2012                    _____
                                            OWEN P. MARTIKAN
                                            Assistant United States Attorney


                                            /s/
DATED: February 15, 2012                    _____
                                            DAVID M. BIGELEISEN
                                            Attorney for Kenneth Martin Kyle


## [PROPOSED] ORDER

Per the parties' stipulation and for good cause shown, the change of plea hearing in this case is hereby set for Thursday, March 8, 2012, at 2:00pm.  The trial date and pre-trial deadlines in this case are hereby vacated.

SO ORDERED.


DATED:_____                        _____
                                            HON. JEFFREY S. WHITE
                                            United States District Judge


STIP RE: CHANGE OF PLEA
Crim. No. 10-0245 JSW