```
 1
 2                                         PAGES 1 - 5
 3                UNITED STATES DISTRICT COURT
 4               NORTHERN DISTRICT OF CALIFORNIA
 5   BEFORE THE HONORABLE JEFFREY S. WHITE, JUDGE
 6   UNITED STATES OF AMERICA,     )
                                   )
 7             PLAINTIFF,          )
                                   )
 8      VS.                        )         NO. CR 10-0245 JSW
                                   )
 9   KENNETH MARTIN KYLE,          )
                                   )
10             DEFENDANT.          )
     _____)
11
                                   SAN FRANCISCO, CALIFORNIA
12                                 THURSDAY, APRIL 29, 2010
13                     TRANSCRIPT OF PROCEEDINGS
14   APPEARANCES:
15   FOR PLAINTIFF:          UNITED STATES ATTORNEY
                             450 GOLDEN GATE AVENUE
16                           SAN FRANCISCO, CALIFORNIA  94102
                       BY:  OWEN PETER MARTIKAN
17                           ASSISTANT UNITED STATES ATTORNEY
18   FOR DEFENDANT:          DAVID M. BIGELEISEN
                             ATTORNEY AT LAW
19                           101 HOWARD STREET
                             SUITE 310
20                           SAN FRANCISCO, CA  94105
21
22   REPORTED BY:            JAMES YEOMANS, CSR 4039, RPR
                             OFFICIAL REPORTER
23
                    COMPUTERIZED TRANSCRIPTION BY ECLIPSE
24
25
```

| | |
|---|---|
| 1 | THURSDAY, APRIL 29, 2010                                    2:30 P.M. |
| 2 | (THE FOLLOWING PROCEEDINGS WERE HEARD IN OPEN COURT:) |
| 3 | **THE CLERK:**  CALLING CASE NUMBER CR 10-245, UNITED |
| 4 | STATES VERSUS KENNETH MARTIN KYLE. |
| 5 | COUNSEL, PLEASE STEP FORWARD AND STATE YOUR |
| 6 | APPEARANCES. |
| 7 | **MR. MARTIKAN:**  GOOD AFTERNOON, YOUR HONOR. |
| 8 | OWEN MARTIKAN FOR THE UNITED STATES. |
| 9 | **MR. BIGELEISEN:**  GOOD AFTERNOON. |
| 10 | DAVID MICHAEL BIGELEISEN FOR MR. KYLE, MR. KYLE IS IN |
| 11 | CUSTODY. |
| 12 | **THE COURT:**  WELCOME, SIR.  WELCOME TO ALL COUNSEL. |
| 13 | **MR. BIGELEISEN:**  MR. KYLE IS PRESENT IN COURT. |
| 14 | **THE COURT:**  ALL RIGHT.  HELLO, MR. KYLE. |
| 15 | **THE DEFENDANT:**  GOOD DAY, SIR. |
| 16 | **THE COURT:**  ALL RIGHT.  THIS IS THE INITIAL APPEARANCE |
| 17 | IN THIS CASE.  WHAT IS THE STATUS OF THE CO-DEFENDANT IN THIS |
| 18 | CASE MS. TESSA VAN -- |
| 19 | **MR. MARTIKAN:**  VLERAH.  SHE'S BEING PROSECUTED.  SHE'S |
| 20 | IN STATE CUSTODY IN MISSOURI FOR THE FORESEEABLE FUTURE. |
| 21 | SHE'S ALSO BEEN CHARGED IN EASTERN DISTRICT OF |
| 22 | MISSOURI WITH SIMILAR, BASICALLY THE SAME OFFENSE.  I THINK, |
| 23 | THEY ARE WRITING HER OVER IN THAT CASE. |
| 24 | SO IT COULD BE THAT THAT IS THE PROSECUTION AGAINST |
| 25 | HER GOES AHEAD AND NOT IN ONE -- THIS CASE WHICH WE COULD |

```
1    PROBABLY JUST DISMISS HER.

2              I HAVE TO MAKE SURE I'VE GOT THAT COORDINATED, THAT'S

3    WHAT I ANTICIPATE WILL HAPPEN.

4              THE COURT:  OBVIOUSLY, THE COURT TAKE AWAY FROM THAT

5    THIS CASE WILL PROCEED WITH ALL DUE DISPATCH IRRESPECTIVE

6    WITHOUT WAITING FOR THE CO-DEFENDANT TO BE BROUGHT IN.

7              MR. MARTIKAN:  EXACTLY.

8              THE COURT:  SO WITH THAT IN MIND WHAT ARE THE PARTIES

9    PROPOSING AS FAR AS MOVING THIS CASE FORWARD?

10             MR. BIGELEISEN:  YOUR HONOR, MR. MARTIKAN AND I MET ON

11   TUESDAY TO DISCUSS THE PLAN FOR DISCOVERY AND ALSO TO DISCUSS

12   VERY GENERALLY CONTEMPLATED MOTIONS.

13             MR. MARTIKAN GAVE ME A PACKED OF PAPERS ABOUT THIS

14   THICK, ABOUT AN INCH AND A HALF THICK AND FOUR CD'S, I ONLY

15   LOOKED AT THEM VERY BRIEFLY.  AND HE AND I BOTH AGREED THERE'S

16   MORE MATERIAL TO BE HAD, MOST OF IT ELECTRONIC OR COMPUTER

17   FORM.

18             WE PROPOSED WE RETURN IN THE LATTER PART OF JULY AFTER

19   WE'VE HAD A CHANCE TO LOOK AT THE DISCOVERY.  I'LL NEED TO HAVE

20   AN EXPERT TAKE A LOOK AT IT.

21             WE WON'T KNOW UNTIL WE GET THERE WHETHER THERE'S MORE

22   TO BE DUG INTO UNTIL WE START TO LOOK AT THE FIRST MATERIAL,

23   BUT BY THE MIDDLE OF JULY, I THINK, WE'LL BOTH KNOW WHETHER WE

24   HAVE EVERYTHING OR WHETHER WE NEED MORE.

25             SO WE BOTH SUGGESTED THAT, IF IT PLEASES THE COURT, WE
```

1  RETURN SOME TIME AFTER THE 15TH OF JULY TO YOU TO REPORT ON

2  DISCOVERY AND IF ALL IS GOING AS WE WOULD LIKE IT TO TO SET

3  MOTIONS DATES.

4          **THE COURT:**  ALL RIGHT.  YOU AGREE WITH THAT?

5          **MR. MARTIKAN:**  I DO, YOUR HONOR.

6          **THE COURT:**  ALL RIGHT.  SO GIVEN THAT THE COURT WILL

7  SET THAT TIME, BUT IT IS A RATHER RELAXED SCHEDULE.  BUT I WILL

8  GIVE YOU THE TIME THAT YOU'RE REQUESTING COUNSEL, BUT I WILL

9  EXPECT SUBSTANTIAL PROGRESS IN THAT TIME.

10         I DON'T WANT -- IF THERE'S GOING TO BE A HANG UP ON

11 DISCOVERY, I DON'T EXPECT THERE WILL BE, IF THERE WERE, THEN I

12 WOULD EXPECT YOU TO COMMUNICATE WITH THE COURT, SO THE COURT

13 CAN RESOLVE THAT, AS OPPOSED TO COMING BACK IN SEVERAL WEEKS

14 AND TELLING THE COURT WE HAVE A DISCOVERY DISPUTE SO WE NEED

15 SEVERAL MORE WEEKS OR WHATEVER.

16         I WILL EXPECT SUBSTANTIAL PROGRESS TO BE MADE AND WORK

17 TO BE DONE ON THE CASE IN THE INTERIM PERIOD.

18         SO, THIS TIME PROPERLY EXCLUDABLE UNDER THE SPEEDY

19 TRIAL ACT?

20         **MR. BIGELEISEN:**  I BELIEVE SO, AS A MATTER OF

21 PREPARATION.

22         **THE COURT:**  EFFECTIVE PREPARATION.

23         **MR. BIGELEISEN:**  I WOULD HOPE SO.

24         **THE COURT:**  I WOULD FIND THAT, IF YOU WOULD PREPARE AN

25 APPROPRIATE STIPULATION AND ORDER.

1          **MR. MARTIKAN:**  I WILL, AGREED.

2          **THE COURT:**  MS. OTTOLINI, OFFICIALLY SET THE DATE?

3          **THE CLERK:**  JULY 2ND 2:00 P.M.

4          **THE COURT:**  THAT'S FURTHER STATUS AND POSSIBLE SETTING

5     OF MOTIONS AND/OR TRIAL DATE.  SO I ASSUME YOU'LL WORK WITH

6     GOVERNMENT COUNSEL AND DEFENSE COUNSEL WILL WORK TOGETHER IN

7     TERMS OF AN APPROPRIATE PROTECTIVE ORDER?

8          **MR. BIGELEISEN:**  YES, YOUR HONOR.  MR. MARTIKAN

9     PRESENTED ONE TO ME AND I, OF COURSE, WANT TO DISCUSS IT WITH

10    MR. KYLE.  I'LL BE RESPONDING TO HIM VERY SHORTLY.

11         **THE COURT:**  IT'S ONE THAT'S BEEN CAREFULLY NEGOTIATED

12    BETWEEN THE DEFENSE BAR AND THE GOVERNMENT, I WOULD HOPE THAT

13    IT WILL BE ACCEPTABLE TO THE DEFENDANT.

14         ALL RIGHT.  ANYTHING FURTHER?

15         **MR. MARTIKAN:**  NO, YOUR HONOR.  THANK YOU.

16         **MR. BIGELEISEN:**  THANK YOU VERY MUCH.

17    **THE COURT:**  THANK YOU.

18    **THE DEFENDANT:**  THANK YOU, SIR.

19

20              (PROCEEDINGS ADJOURNED.)

21

22

23

24

25

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS.

I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

THE FEE CHARGED AND THE PAGE FORMAT FOR THE TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL CONFERENCE.

FURTHERMORE, I CERTIFY THE INVOICE DOES NOT CONTAIN CHARGES FOR THE SALARIED COURT REPORTER'S CERTIFICATION PAGE.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS 23RD DAY OF JULY, 2012.

/S/  JAMES YEOMANS

_____

JAMES YEOMANS, CSR, RPR