Pages 1 - 4

United States District Court

Northern District Of California

Before The Honorable Jeffrey S. White

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CR 10-0245 JSW |
| ) | |
| Kenneth Martin Kyle, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

San Francisco, California
Thursday, September 2, 2010

**Reporter's Transcript of Proceedings**

**Appearances:**

For Plaintiff:            Melinda L. Haag
                          United States Attorney
                          450 Golden Gate Avenue, Box 36055
                          San Francisco, California   94102
                   **By:  Owen Martikan, Esquire
                          Assistant United States Attorney**

For Defendant:            David M. Bigeleisen Law Office
                          101 Howard Street, Suite 31-
                          San Francisco, California   94105
                   **By:  David M. Bigeleisen, Esquire**

*Reported By:*            *Sahar Bartlett, RPR, CSR 12963
                          Official Reporter, U.S. District Court
                          for the Northern District of California*

(Computerized Transcription by Eclipse)

*Sahar Bartlett, C.S.R. No. 12963, RPR
Official Court Reporter, U.S. District Court
(415) 626-6060*

```
 1   Thursday, September 2, 2010                           9:10 a.m.
 2                          P R O C E E D I N G S
 3              THE CLERK:  Calling case 10-CR-4245, United States
 4   versus Kenneth Martin Kyle.
 5              Counsel, please state your appearances for the
 6   record.
 7              MR. MARTIKAN:  Good morning, Your Honor.
 8              Owen Martikan for the United States.
 9              THE COURT:  Good morning.
10              MR. BIGELEISEN:  Good morning.
11              David Michael Bigeleisen for Mr. Kyle.  Mr. Kyle is
12   present in court.
13              THE COURT:  Good morning, Mr. Kyle.
14                          (No response.)
15              THE COURT:  I apologize to counsel and Mr. Kyle for
16   being late this morning; somehow it was not on the calendar.
17   So fortunately counsel showed up at the appropriate time, and
18   we were able to get our collective act together.  So thank you
19   for that.
20              I've gone through your joint status conference
21   statement and the proposed briefing schedule.  And the -- I'm
22   going to have to modify the schedule slightly to accommodate
23   the Court's schedule.  So all of the dates, I'm going to accept
24   all the dates that counsel has proposed with one -- one
25   exception only, and that is for the hearing on the discovery
```

1   motion, which this Court will handle on Wednesday,
2   November 10th, at 1:00 p.m. instead of the date indicated.
3          So and then we'll have, as I see from your proposed
4   schedule, a briefing schedule on motion to suppress would be
5   provided upon resolution of the discovery issues.  And we'll
6   await that.
7          But, the -- I would like to set, as is proposed by
8   the parties on page 5 of their statement, a schedule that
9   counsel has proposed for a motion to suppress -- in, fact, I
10  prefer doing that rather than waiting to set it.  And then we
11  could also tweak the days if discovery requires us to do so.
12         So I'm going to accept the parties' proposal with
13  respect to the briefing schedule except that I will have the
14  hearing on the same date and the same time as discovery, which
15  would be November 10th at 1:00 p.m.
16         And again, if -- I would hope the parties would
17  cooperate with respect to discovery so that motion schedule
18  could be honored, and if not we'll have to consider adjusting
19  the schedule.
20         So is that acceptable to the Government?
21         **MR. MARTIKAN:**  It is, Your Honor.
22         **THE COURT:**  To the defendant?
23         **MR. BIGELEISEN:**  Yes, Your Honor.
24         **THE COURT:**  All right.  And I'll ask defense
25  counsel:  Is the time between now and the filing of the motions

1 | properly excludable under the Speedy Trial Act?
2 |     **MR. BIGELEISEN:**  Absolutely, Your Honor.
3 |     **THE COURT:**  On what ground?
4 |     **MR. BIGELEISEN:**  On the ground that it's necessary
5 | for effective preparation of counsel.
6 |     **THE COURT:**  Okay.
7 |     Mr. Martikan, would you prepare a proposed
8 | stipulation and proposed order and make sure that defense
9 | counsel sees the stipulation and obviously approves of its
10 | form?  And I will go ahead and make those findings.
11 |     **MR. MARTIKAN:**  I will, Your Honor.
12 |     **THE COURT:**  All right, anything further?
13 |     **MR. BIGELEISEN:**  No, thank you, Your Honor.
14 |     **THE COURT:**  Again, I apologize to counsel and
15 | Mr. Kyle.
16 |     **(Proceedings adjourned at 9:21 a.m.)**
17 |
18 | ---o0o---
19 |
20 |
21 |
22 |
23 |
24 |
25 |

## **CERTIFICATE OF REPORTER**

I, Sahar Bartlett, Official Court Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.  The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.


**/s/ Sahar Bartlett**

**Sahar Bartlett, RPR, CSR No. 12963**

**Monday, August 27, 2012**