1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7241
7       Fax: (415) 436-7234
        owen.martikan@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )  No. CR 10-0245 CRB
14                                     )
        Plaintiff,                     )
15                                     )  PETITION FOR AND WRIT OF HABEAS
     v.                                )  CORPUS AD PROSEQUENDUM
16                                     )
   KENNETH MARTIN KYLE,                )
17                                     )
        Defendant.                     )
18 _____ )

19

20     To the Honorable Elizabeth D. Laporte, United States Magistrate Judge for the Northern District

21 of California:

22     The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus

23 Ad Prosequendum for the prisoner:

24                      **KENNETH MARTIN KYLE**

25 The prisoner is required to appear in the above-referenced matter forthwith for his initial appearance

26 before the Duty Magistrate.  His place of custody and jailor are set forth in the requested Writ, attached

27

28
   PETITION FOR AND WRIT OF HABEAS CORPUS
   AD PROSEQUENDUM
   CR 10-245 CRB                            1

1 | hereto.

3 | DATED: April 28, 2015                    Respectfully submitted,

4 |                                           MELINDA HAAG
                                              United States Attorney

6 |                                            /s/ Owen Martikan
                                              OWEN P. MARTIKAN
                                              Assistant United States Attorney

9 | IT IS SO ORDERED.

11 | DATED: _____

12 |                                          _____
                                              HON. ELIZABETH D. LAPORTE
13 |                                          United States Magistrate Judge

PETITION FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR 10-245 CRB                                 2

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Donald M. O'Keefe, United States Marshal for the Northern District of California; any of his authorized deputies; and Herbert L. Bernsen, Director, Department of Justice Services, 100 South Central, Clayton, Missouri, phone (314) 615-5752.

GREETINGS

WE COMMAND that you have and produce the body of:

**KENNETH MARTIN KYLE**

(DOB: March 11, 1964; FBI 310773HD9), in your custody in the above-referenced institution to the United States District Court in and for the Northern District of California, in the Courtroom of the Duty Magistrate, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that KENNETH MARTIN KYLE may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case. You shall produce the prisoner thereafter at all times necessary until the termination of the proceedings in the above-referenced matter. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Elizabeth D. Laporte, United States Magistrate Judge for the Northern District of California.

DATED: _____

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

PETITION FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR 10-245 CRB                     1